

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00484-CV

**IN RE CAPITOL COUNTY MUTUAL FIRE INSURANCE COMPANY, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice

Relator filed this petition for writ of mandamus on July 8, 2014. On August 13, 2014, relator filed an unopposed motion to dismiss the petition for writ of mandamus on the basis that the issues raised in the mandamus proceeding have been rendered moot by the parties' agreement in the underlying matter.

Relator's unopposed motion to dismiss the petition for writ of mandamus is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. This court's opinion will issue at a later date.

It is so **ORDERED** on August 14th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-14402, styled *Albertha Stiff v. Capitol County Mutual Fire Insurance Co.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.